**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRENDEN NANCE,

                        Plaintiff,

        -against-

NEW YORK PUBLIC INTEREST RESEARCH
GROUP FUND, INC., NEW YORK PUBLIC
INTEREST RESEARCH GROUP, INC., and BLAIR
HORNER,

                        Defendants.

Civil Action No.: _____

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Pursuant to 28 U.S.C. § 1446, Defendants New York Public Interest Research Group, Inc., New York Public Interest Research Group Fund, Inc., and Blair Horner (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1441, and state the following grounds in support of removal:

1.      Plaintiff Brendan Nance ("Plaintiff") instituted this action on or about December 21, 2022 in the Supreme Court of the State of New York, County of New York, Index No. 160900/2022 (the "State Action") by filing a Summons with Notice, which is within this Court's district and division. A true and correct copy of the Summons with Notice filed by Plaintiff on December 21, 2022 is attached hereto as Exhibit "A."

2.      In Plaintiff's Summons with Notice, Plaintiff purports to bring federal claims for employment discrimination on the basis of Plaintiff's sex and gender, as well as retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). See Exhibit "A"

3.      Plaintiff purportedly served the New York Public Interest Research Group, Inc., and the New York Public Interest Research Group Fund, Inc., via delivery to the New York State Secretary of State as the statutory agent for service on March 23, 2023.  A true and correct copy of the Affidavits of Service dated March 23, 2023, are annexed hereto as Exhibit "B."

4.      The address listed for all Defendants on the face of the Summons is 9 Murray Street, B1, New York, New York, 10007.

5.      On or around April 3, 2023, on information and belief, Plaintiff attempted to serve Blair Horner by process server at the address: 9 Murray Street, B1, New York, New York, 10007.

6.      Defendants have not received a copy of the Complaint, or any notification regarding service of this action, from the New York State Secretary of State.

7.      This Notice of Removal is being filed within thirty (30) days of Defendants' receipt of the Summons with Notice on April 3, 2023 wherein Plaintiff purports to bring this action pursuant to Title VII, in accordance with 28 U.S.C. § 1446(b).  See Auguste v. Nationwide Mut. Ins. Co., No. 99-CV-5457, 90 F. Supp. 2d 231, 232 (E.D.N.Y. Mar. 22, 2000); see also Exhibit "A."

8.      Plaintiff's Summons with Notice in the State Action asserts claims of employment discrimination and retaliation under Title VII, as well as claims of employment discrimination and retaliation under the New York State Human Rights Law and New York City Human Rights Law.  See Exhibit "A."

9.      This Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.  Specifically, this Court has federal question jurisdiction because Plaintiff's purported employment discrimination claim in this action, on the basis of sex and gender, arises under Title VII.

10.     This Court has supplemental jurisdiction over Plaintiff's New York State Human Rights Law and New York City Human Rights Law claims because they arise out of the same operative facts as those essential to Plaintiff's federal claims under Title VII.  Accordingly, the State Action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

11.     Defendants submit this Notice of Removal without waiving any defenses to claims asserted by Plaintiff or conceding that Plaintiff has pled any claims upon which relief may be granted.  Defendants further submit this Notice of Removal without conceding that Plaintiff may timely file a Complaint.  Further, by filing this Notice of Removal, Defendants do not waive any defenses with respect to the adequacy or effectiveness of service of process.

12.     This Notice of Removal will be filed promptly in the State Action as required by 28 U.S.C. §1446(d).

13.     By copy of this document and in accordance with the attached Affirmation of Service, Defendants are providing notice to all parties in this action of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request removal of the State Action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: April 11, 2023
       New York, New York

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By:   */s/ Felice Ekelman*
Felice Ekelman

*Attorneys for Defendants*

- 3 -