# EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK
------------------------------------------------------------------x
BRENDEN NANCE,

Plaintiff/Petitioner,

- against -

Index No.160900/2022

NEW YORK PUBLIC INTEREST RESEARCH GROUP FUND, INC., NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC., and BLAIR HORNER,

Defendant/Respondent.
------------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: March 15, 2023

Megan S. Goddard, Esq.
Name

Goddard Law PLLC
Firm Name

39 Broadway, Suite 1540
New York, New York 10006
Address

(646) 504-8363
Phone

Megan@goddardlawnyc.com
E-Mail

To: New York Public Interest Research Group Fund, Inc.
9 Murray Street, B1
New York, New York 10007

Blair Horner
9 Murray Street, B1
New York, New York 10007

New York Public Interest Research Group, Inc.
9 Murray Street, B1
New York, New York 10007

2/24/20

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

-----------------------------------------------------------------------X

**BRENDEN NANCE,**

**Plaintiff,**

**-against-**

**NEW YORK PUBLIC INTEREST RESEARCH GROUP FUND, INC., NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC., and BLAIR HORNER,**

**Defendants.**

-----------------------------------------------------------------------X

**Index No.:**

**SUMMONS WITH NOTICE**

**VENUE**
**NEW YORK COUNTY**

**BASIS OF VENUE**
**Defendants' Place of Business And Where the Actions Complained of Occurred**

**TO THE ABOVE-NAMED DEFENDANT(S):**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this Summons with Notice was personally served upon you in the State of New York, the answer must be served within twenty (20) days after such service of the Summons with Notice, excluding the date of the service. If this Summons with Notice was not personally delivered to you within the State of New York, the answer must be served within thirty (30) days after service of this Summons with Notice is completed as provided by law.

**PLEASE TAKE NOTICE THAT** the nature of this action is employment discrimination on the basis of Plaintiff's sex and gender as well as retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII") "); as well as employment discrimination on the basis of Plaintiff's sex, gender, familial status, caregiver status, associational discrimination on account of Plaintiff's association with his pregnant partner and retaliation for lawful complaints of discrimination pursuant to the New York State Human Rights Law and the New York City Human Rights Law.

The relief sought is: an amount to be determined at trial but in no event less than Two Million Five Hundred Thousand Dollars ($2,500,000.00) together with attorneys' fees and interest thereon.

**PLEASE TAKE FURTHER NOTICE** that if you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment will be entered against you, by default, for the sum of Two Million Five Hundred Thousand Dollars ($2,500,000.00) together with interest, attorneys' fees and the costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis for the venue is Defendants' place of business and where the actions complained of occurred.

**Dated: New York, New York**
**December 21, 2022**

**GODDARD LAW PLLC**
*Attorneys for Plaintiff*

**By:** /s/ Megan S. Goddard
**Megan S. Goddard, Esq.**
**39 Broadway, Suite 1540**
**New York, New York 10006**
**(646) 504-8363**
**Megan@goddardlawnyc.com**

**TO:** **NEW YORK PUBLIC INTEREST RESEARCH GROUP FUND, INC.**
9 Murray Street, B1
New York, NY 10007

**NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC.**
9 Murray Street, B1
New York, NY 10007

**BLAIR HORNER**
9 Murray Street, B1
New York, NY 10007