# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024

June 5, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 18C
New York, New York 10007

      Re:    ***Brenden Nance v. New York Public Interest Research Group Fund, Inc., et al.*
            Case No.*: 23-cv-03030-MKV*

Dear Honorable Judge Vyskocil:

      The undersigned represents Plaintiff Brendan Nance ("Plaintiff") in the above-referenced matter. Plaintiff writes, to respectfully request an adjournment of the June 11, 2024, in-person Status Conference to a date and time convenient to this Court and a two-week extension of Plaintiff's deadline to respond to Defendants' Pre-Motion Letter [Dkt No. 32] from June 7, 2024, to and including June 21, 2024.

      The adjournment and extension are needed because I am starting a trial on June 10, 2024, in the Eastern District of New York in the matter entitled *Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology, et al.* under the Case Number 2:14-cv-04020. I believed that the trial might not go forward, and that in the event that it did indeed go forward someone else from our firm could cover the appearance, but no other attorney is available to do so. The requested extension will allow me time to adequately prepare for the trial and be able to respond to Defendant's Pre-Motion Letter filed three days before the start of the trial.

      Plaintiff's counsel discussed the relief requested herein with counsel for the Defendants. While the Defendants consent to the adjournment of the June 11, 2024, in-person Status Conference, they do not consent to the two-week extension of Plaintiff's deadline to respond to the Pre-Motion Letter.

      This is Plaintiff's first request for the adjournment of the June 11, 2024, in-person Status Conference and extension of his deadline to respond to Defendants' Pre-Motion Letter.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Megan S. Goddard

By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]

---

**Plaintiff's request for a two-week extension to respond to Defendants' Pre-Motion Letter [Dkt No. 32] from June 7, 2024, to and including June 21, 2024, is GRANTED. Accordingly, the status conference currently scheduled for June 11, 2024 is ADJOURNED** *sine die* **pending Plaintiff's opposition to Defendants' letter. SO ORDERED.**

Date: 6/7/2024
New York, New York

Mary Kay Vyskocil
United States District Judge