**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRENDEN NANCE,

                Plaintiff,

-against-                          23 **CIVIL** 3030 (MKV)

**JUDGMENT**

NEW YORK PUBLIC INTEREST RESEARCH
GROUP FUND, INC., NEW YORK PUBLIC
INTEREST RESEARCH GROUP, INC., and
BLAIR HORNER,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, Defendants' motion for summary judgment is GRANTED. Defendants are entitled to judgment dismissing all federal claims with prejudice and all state law claims without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                  **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                        **BY:**         *K. Mango*

                                                           **Deputy Clerk**